UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUN WALKER, | No. 2:25-cv-2007 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY SHERIFF DEPT., | |
| Defendant. | |

      Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the second page of the form, which includes the signature line, is missing. As a result, the motion is incomplete and unsigned. Plaintiff also has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust account.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the service of this order, a complete and signed application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of his inmate trust account statement for the six-month

1

period immediately preceding the filing of the complaint;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE